# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2780
_____

Metro Publishing Group, Inc.

*Plaintiff*

Michael C. Williams

*Plaintiff - Appellant*

v.

James W. Murphy; I B Property, LLC; Michael Ernest Boyd

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 18, 2017
Filed: April 18, 2017
[Unpublished]

_____

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this removed 42 U.S.C. § 1983 action, Michael Williams seeks to appeal after the district court[1] dismissed his complaint and denied his motions for reconsideration. After careful review, we dismiss the appeal for lack of appellate jurisdiction because Williams's notice of appeal did not designate the order, judgment, or part thereof that he was appealing. *See* Fed. R. App. P. 3(c)(1)(B) (notice of appeal must designate judgment, order, or part thereof being appealed); *Smith v. Barry*, 502 U.S. 244, 248 (1992) (Rule 3 requirements are jurisdictional). We also deny as moot Williams's pending motions.[2]

—————————————————————

---

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

[2]We note that to the extent that Williams attempted to assert a state-law claim, that claim was dismissed without prejudice. *See Hassett v. Lemay Bank & Trust Co.*, 851 F.2d 1127, 1130 (8th Cir. 1988).